Jake LEVY et al. v. H. P. HEFLIN.

6 Div. 248.

Court of Appeals of Alabama.
Dec. 18, 1934.

Jas. S. Edson, of Birmingham, for appellants.

H. P. Heflin, of Birmingham, pro se.

BRICKEN, Presiding Judge.
Appeal dismissed.

Bud LEWIS v. STATE.

4 Div. 34.

Court of Appeals of Alabama.
April 3, 1934.

RICE, Judge.
Appeal dismissed.

Hosey LEWIS v. STATE.

8 Div. 793.

Court of Appeals of Alabama.
Feb. 13, 1934.

BRICKEN, Presiding Judge.
Affirmed.

T. Alva LEWIS v. Elbert CAIN.

4 Div. 65.

Court of Appeals of Alabama.
Dec. 11, 1934.

O. S. Lewis, of Dothan, for appellant.
T. E. Buntin, of Dothan, for appellee.

PER CURIAM.
Reversed and remanded by agreement.

LINDEN TRANSFER CO. v. UNITED
STATES GYPSUM CO.

2 Div. 547.

Court of Appeals of Alabama.
Nov. 6, 1934.

S. W. Compton, of Linden, for appellant.
Monette & Taylor, of Birmingham, for appellee.

SAMFORD, Judge.
Affirmed on motion.

C. P. LINDSEY v. J. W. LASSETER.

7 Div. 118.

Court of Appeals of Alabama.
June 4, 1935.

BRICKEN, Presiding Judge.
Affirmed.

Zellion LONG v. STATE.

5 Div. 938.

Court of Appeals of Alabama.
Nov. 27, 1934.

RICE, Judge.
Affirmed.